# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 18-17164-AMC

VERNICE T CLAYTON

29 E. STRATFORD AVENUE

LANSDOWNE, PA 19050

    Debtor

## **CERTIFICATE OF SERVICE**

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    VERNICE T CLAYTON

    29 E. STRATFORD AVENUE

    LANSDOWNE, PA 19050

Counsel for debtor(s), by electronic notice only.

    DAVID OFFEN ESQUIRE
    601 WALNUT ST., SUITE 160 WEST

    PHILADELPHIA, PA 19106-

                                     /S/ William C. Miller

Date: 1/2/2019                             _____

                                       William C. Miller, Esquire
                                       Chapter 13 Standing Trustee