IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
|  | : |  |
| Vernice T. Clayton | : | No. 18-17164-AMC |
| Debtor | : |  |

ANSWER TO MOTION OF PENNSYLVANIA HOUSING FINANCE AGENCY
FOR RELIEF FROM THE AUTOMATIC STAY

1. Admitted.

2. Admitted.

3. Admitted.

4. Admitted.

5. Admitted.

6. Denied.

7. Denied.

8. Denied.

9. Denied.

10. Denied as relevant.

11. Denied.

12. No response required.

WHEREFORE Debtor respectfully requests this Honorable Court deny Movant's Motion for Relief.

/s/ David M. Offen
David M. Offen
Attorney for Debtor

Dated: 4/10/19