```
                IN THE UNITED STATES BANKRUPTCY COURT
              FOR THE EASTERN DISTRICT OF PENNSYLVANIA


    IN RE:                     :
                               :       CHAPTER 13
     Vernice T. Clayton        :       No. 18-17164-AMC
          Debtor               :
```

CERTIFICATE  OF  SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing Answer to Motion for Relief was served on April 10, 2019 on the Chapter 13 Trustee, William C. Miller, Esquire by electronic mail and on the follow by electronic mail:

Rebecca Solarz on behalf of Pennsylvania Housing Finance Agency
rsolarz@kmllawgroup.com

```
                              /s/ David M. Offen
                              David M. Offen Esq.
                              Attorney for Debtor
                               601 Walnut Street
                              Suite 160 West
                              Philadelphia, PA 19106
                              215-625-9600
```

4/10/19