IN THE UNITED STATE BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | Vernice T Clayton<br>Debtor | ) Chapter 13<br>)<br>) No. 18-17164-AMC<br>) |

CERTIFICATION OF NO RESPONSE

    I hereby certify that I have received no answer, objection, or other responsive pleading to the Application for Compensation and Reimbursement of Expenses and respectfully request that the Order attached to the Application be approved.

                                        /s/David M. Offen
                                        David M. Offen
                                        Attorney for Debtor
                                        160 West - The Curtis Center
                                        601 Walnut Street
                                        Philadelphia, PA 19106
                                        215-625-9600

Date:9/3/19