IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE | : | CHAPTER 13 |
| Vernice T Clayton | : | No. 18-17164-AMC |
| | : | |
| Debtor | : | |

O R D E R

AND NOW, this 11th day of September, 2019, it is hereby Ordered that the Wage Order in effect in the above captioned matter be TERMINATED.

_____
HONORABLE ASHELY M CHAN
UNITED STATES BANKRUPTCY JUDGE

cc:

William C Miller, Trustee

David M. Offen, Esquire

Vernice T Clayton

PAYROLL CONTROLLER
Septa
1234 Market Street
Philadelphia, PA 19107