United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Vernice T Clayton  
      Debtor

Case No. 18-17164-amc  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: ChrissyW     Page 1 of 1     Date Rcvd: Sep 11, 2019  
                    Form ID: pdf900     Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 13, 2019.  
db           +Vernice T Clayton,    29 E Stratford Avenue,    Lansdowne, PA 19050-2004  
            +Septa,    1234 Market Street,    Philadelphia, PA 19107-3780

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                            TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 13, 2019                                        Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 11, 2019 at the address(es) listed below:  
       DAVID M. OFFEN    on behalf of Debtor Vernice T Clayton dmo160west@gmail.com,  
        davidoffenecf@gmail.com;offendr83598@notify.bestcase.com  
       LEON P. HALLER    on behalf of Creditor     PENNSYLVANIA HOUSING FINANCE AGENCY lhaller@pkh.com,  
        dmaurer@pkh.com;mgutshall@pkh.com  
       REBECCA ANN SOLARZ    on behalf of Creditor     PENNSYLVANIA HOUSING FINANCE AGENCY  
        bkgroup@kmllawgroup.com  
       United States Trustee     USTPRegion03.PH.ECF@usdoj.gov  
       WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com  
                                                                                                  TOTAL: 5

```
              IN THE UNITED STATES BANKRUPTCY COURT
            FOR THE EASTERN DISTRICT OF PENNSYLVANIA


            IN RE                :     CHAPTER 13
         Vernice T Clayton       :     No. 18-17164-AMC
                                 :
            Debtor               :
```

O R D E R

AND NOW, this 11th    day of September        , 2019, it is hereby Ordered that the Wage Order in effect in the above captioned matter be TERMINATED.

_____
HONORABLE ASHELY M CHAN
UNITED STATES BANKRUPTCY JUDGE


cc:

William C Miller, Trustee

David M. Offen, Esquire

Vernice T Clayton

PAYROLL CONTROLLER
Septa
1234 Market Street
Philadelphia, PA 19107