United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                        Case No. 18-17164-amc
Vernice T Clayton                                            Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: Antoinett       Page 1 of 2           Date Rcvd: Oct 01, 2019
                             Form ID: pdf900        Total Noticed: 24

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 03, 2019.
db             +Vernice T Clayton,    29 E Stratford Avenue,    Lansdowne, PA 19050-2004
14221357       +Aes/pheaa,    Attn: Bankruptcy Dept,    Po Box 2461,    Harrisburg, PA 17105-2461
14221373       +KML Law Group, P.C.,    701 Market Street, Suite 5000,    Philadelphia, PA 19106-1541
14263423        Navient Solutions, LLC.,    Department of Education Servicing,    PO BOX 740351,
                 Atlanta, GA 30374-0351
14242437       +PENNSYLVANIA HOUSING FINANCE AGENCY.,    c/o Rebecca A Solarz, Esquire,
                 701 Market Street, Suite 5000,    Philadelphia, PA 19106-1541
14246895       +PHEAA,    PO Box 8147,    Harrisburg, PA 17105-8147
14253419       +Varius Holdings, LLC,    PO BOX 1931,    Burlingame, CA 94011-1931

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: megan.harper@phila.gov Oct 02 2019 03:54:02      City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Oct 02 2019 03:53:36
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Oct 02 2019 03:53:47      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
14221360       +E-mail/Text: bankruptcy@acacceptance.com Oct 02 2019 03:53:38      American Credit Acceptance,
                 Attn: Bankruptcy,    961 E Main St,    Spartanburg, SC 29302-2185
14221361       +E-mail/Text: broman@amhfcu.org Oct 02 2019 03:53:41      American Heritage Federal Credit Union,
                 Attn: Bankruptcy,    2060 Red Lion Road,    Philadelphia, PA 19115-1699
14221362       +E-mail/PDF: pa_dc_ed@navient.com Oct 02 2019 03:45:22      Dept of Ed / Navient,
                 Attn: Claims Dept,    Po Box 9635,    Wilkes Barr, PA 18773-9635
14263185        E-mail/PDF: pa_dc_claims@navient.com Oct 02 2019 03:58:47
                 Navient Solutions, LLC. on behalf of,    Department of Education Loan Services,    PO BOX 9635,
                 Wilkes-Barre, PA 18773-9635
14221374        E-mail/Text: blegal@phfa.org Oct 02 2019 03:53:39      Pennsylvania Housing Finance Agency,
                 Attn: Bankruptcy,    Po Box 8029,    Harrisburg, PA 17105
14255264        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 02 2019 03:44:34
                 Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk VA 23541
14221874       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 02 2019 03:45:18
                 PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14252965       +E-mail/Text: colleen.atkinson@rmscollect.com Oct 02 2019 03:54:11
                 Patient First c/o Receivables Management Systems,    PO Box 73810,
                 North Chesterfield, VA 23235-8047
14255492       +E-mail/Text: blegal@phfa.org Oct 02 2019 03:53:39      Pennsylvania Housing Finance Agency,
                 211 North Front Street,    Harrisburg, PA 17101-1406
14221376       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 02 2019 03:46:17
                 Portfolio Recovery,    Po Box 41021,    Norfolk, VA 23541-1021
14221378        E-mail/Text: colleen.atkinson@rmscollect.com Oct 02 2019 03:54:11      Receivable Management Inc,
                 7206 Hull Rd,    Ste 211,    Richmond, VA 23235
14221379       +E-mail/Text: bk@rgsfinancial.com Oct 02 2019 03:53:18      Rgs Financial,    Attn: Bankruptcy,
                 Po Box 852039,    Richardson, TX 75085-2039
14221380       +E-mail/Text: bankruptcy@sw-credit.com Oct 02 2019 03:53:39      Southwest Credit Systems,
                 4120 International Parkway,    Suite 1100,    Carrollton, TX 75007-1958
14222878       +E-mail/PDF: gecsedi@recoverycorp.com Oct 02 2019 03:46:12      Synchrony Bank,
                 c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                          TOTAL: 17

          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*            +Synchrony Bank,   c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14221358*      +Aes/pheaa,    Attn: Bankruptcy Dept,    Po Box 2461,    Harrisburg, PA 17105-2461
14221359*      +Aes/pheaa,    Attn: Bankruptcy Dept,    Po Box 2461,    Harrisburg, PA 17105-2461
14221363*      +Dept of Ed / Navient,    Attn: Claims Dept,    Po Box 9635,    Wilkes Barr, PA 18773-9635
14221364*      +Dept of Ed / Navient,    Attn: Claims Dept,    Po Box 9635,    Wilkes Barr, PA 18773-9635
14221365*      +Dept of Ed / Navient,    Attn: Claims Dept,    Po Box 9635,    Wilkes Barr, PA 18773-9635
14221366*      +Dept of Ed / Navient,    Attn: Claims Dept,    Po Box 9635,    Wilkes Barr, PA 18773-9635
14221367*      +Dept of Ed / Navient,    Attn: Claims Dept,    Po Box 9635,    Wilkes Barr, PA 18773-9635
14221368*      +Dept of Ed / Navient,    Attn: Claims Dept,    Po Box 9635,    Wilkes Barr, PA 18773-9635
14221369*      +Dept of Ed / Navient,    Attn: Claims Dept,    Po Box 9635,    Wilkes Barr, PA 18773-9635
14221370*      +Dept of Ed / Navient,    Attn: Claims Dept,    Po Box 9635,    Wilkes Barr, PA 18773-9635
14221371*      +Dept of Ed / Navient,    Attn: Claims Dept,    Po Box 9635,    Wilkes Barr, PA 18773-9635
14221372*      +Dept of Ed / Navient,    Attn: Claims Dept,    Po Box 9635,    Wilkes Barr, PA 18773-9635
14221375*      ++PENNSYLVANIA HOUSING FINANCE AGENCY,    211 NORTH FRONT STREET,    HARRISBURG PA 17101-1406
                 (address filed with court: Pennsylvania Housing Finance Agency,    Attn: Bankruptcy,
                 Po Box 8029,    Harrisburg, PA 17105)
14242438*      +PENNSYLVANIA HOUSING FINANCE AGENCY.,    c/o Rebecca A Solarz, Esquire,
                 701 Market Street, Suite 5000,    Philadelphia, PA 19106-1541
14221377*      +Portfolio Recovery,    Po Box 41021,    Norfolk, VA 23541-1021
14222879*      +Synchrony Bank,   c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                   TOTALS: 0, * 17, ## 0

```
District/off: 0313-2            User: Antoinett        Page 2 of 2              Date Rcvd: Oct 01, 2019
                                Form ID: pdf900        Total Noticed: 24
```

                    ***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 03, 2019                                    Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 1, 2019 at the address(es) listed below:
          DAVID M. OFFEN    on behalf of Debtor Vernice T Clayton dmo160west@gmail.com,
           davidoffenecf@gmail.com;offendr83598@notify.bestcase.com
          LEON P. HALLER    on behalf of Creditor   PENNSYLVANIA HOUSING FINANCE AGENCY lhaller@pkh.com,
           dmaurer@pkh.com;mgutshall@pkh.com
          REBECCA ANN SOLARZ    on behalf of Creditor   PENNSYLVANIA HOUSING FINANCE AGENCY
           bkgroup@kmllawgroup.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,  philaecf@gmail.com
                                                                              TOTAL: 5
```

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| **Vernice Clayton** | ) | **Chapter 13** |
| **Debtor** | ) | **18-17164-AMC** |
| | ) | |
| | ) | |
| | ) | |

## ORDER

Upon consideration of the Application for Compensation and Reimbursement of Expenses for David M. Offen, Esquire, counsel for Debtor (the "Application"), and upon Counsel for Debtor request to retain jurisdiction at the Motion to Dismiss hearing on October 1, 2019 IT IS ORDERED THAT:

1.   The case is dismissed.

2.   Pursuant to 11 U.S.C.349(b)(3), the undistributed, pre confirmation Chapter 13 Plan payments held by the Chapter 13 Trustee shall not revest in the Debtor or any other entity pending further order of this court.

3.   A hearing shall be held on November 12, 2019 at 11:00 a.m. in Bankruptcy Courtroom No. 4, United States Court House, 900 Market Street, Philadelphia, PA to consider the Application.

4.   Any other party who assets an entitlement to the allowance of an administrative expense pursuant to 11 U.S.C. 503(b) shall file its request with the court and serve all creditors in accordance with the applicable rules of court no later than five (5) days before the hearing date set forth in Paragraph 3 above.

5.   Counsel for Debtor shall serve a copy of this Order on all creditors and interested parties and file Certification of Service on or before October 28, 2019.

**Date: October 1, 2019**

HONORABLE ASHELY M. CHAN
UNITED STATES BANKRUPTCY JUDGE

cc: William C. Miller, Trustee

David M. Offen, Esquire

Vernice Clayton