```
            IN THE UNITED STATES BANKRUPTCY COURT
           FOR THE EASTERN DISTRICT OF PENNSYLVANIA


     IN RE:                        :    CHAPTER 13
     Vernice Clayton               :    No. 18-17164-AMC
         Debtor                    :
```

## CERTIFICATE OF SERVICE

I, David M. Offen, attorney for the above named Debtor, hereby certify that a true and correct copy of the Court Order dated October 1, 2019 was served upon the Chapter 13 Trustee, William C. Miller and all creditors via first class mail on October 3, 2019.

```
                              /s/ David M. Offen
                              David M. Offen Esq.
                              Attorney for Debtor
                               601 Walnut Street
                              Suite 160 West
                              Philadelphia, PA 19106
                              215-625-9600
```

11/1/19